Appeal No. 76-216. EMMA MARTINEAU *et al. v.* FRANK KING *et al.* Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) is denied. *Albert B. Watt,* for plaintiffs. *F. Monroe Allen,* for defendants.

Appeal No. 76-267. EAGLE ELECTRIC Co., INC. *v.* RAYMOND CONSTRUCTION Co., INC. Motion of the defendant, Raymond Construction Co. Inc., to supplement the record is granted. *William G. Gilroy,* for plaintiff. *Louis V. Jackvony, Jr., Daniel J. Donovan,* for defendant.

Appeal No. 76-385. JOSEPH P. HUGHES, JR. *Administrator of Estate of Joseph P. Hughes III v.* STEVEN A. KOHLMAN AND LILA N. KOHLMAN. Motion of defendants to affirm pursuant to Rule 16(g) is denied. The defendants' motion to dismiss the appeal is granted. See *Giarrusso v. Corrigan,* 108 R.I. 471, 276 A.2d 750 (1971); *Harvey v. Sammartino,* 114 R.I. 930, 333 A.2d 433 (1975). *Longolucco, Parrilla & Lenihan, James J. Longolucco,* for plaintiff. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan,* for defendants.

January 3, 1977

M. P. No. 76-445. STATE *v.* SALVATORE MACCARELLI. Petition of defendant for certiorari is granted. Bevilacqua, C.J. did not participate. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst* and *John A. MacFadyen III,* Asst. Public Defenders, for defendant.